1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| KINGVISION PAY-PER-VIEW, LTD., | ) | CASE NO.  CV 00-11829 RMT (SHx) |
|---|---|---|
| Plaintiff, | ) ) | RENEWAL OF DEFAULT JUDGMENT |
| vs. | ) ) | |
| GABREIL YANEZ and GLORIA YANEZ, individually and dba Alma's Luncheon, | ) ) ) | |
| Defendants. | ) ) | |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §§ 683.110 through 683.320, and for good cause appearing, therefore,

The judgment to and against Defendants GABREIL YANEZ and GLORIA YANEZ, individually and dba Alma's Luncheon, jointly and severally, the Default Judgment entered on 5/24/01 [copy attached] is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | | |
|---|---|---|
| a. | Total judgment | $6,800.00 |
| b. | Costs after judgment | $ -0- |
| c. | Attorneys fees: | $ -0- |
| d. | Subtotal (*add a and b*) | $6,800.00 |
| e. | Credits after judgment | $ -0- |
| f. | Subtotal (*subtract d from c*) | $6,800.00 |

1          g.  Interest after judgment                              $1,700.00
          h.  Fee for filing renewal application             $   -0-

2          i.  **Total renewed judgment** *(add e, 5, and g)*    $8,500.00

3

                 02/09/11                                 Lori Muraoka

4  DATED: _____         CLERK, by _____,
                                         Deputy

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28