Calvin F. Love, Bar #307493
LOVE LAW, PC
800 S. Barranca Ave., Ste. 100
Covina, CA 91723
Ph: (626)653-0455
Fax (626)6530-0465

Attorney for Creative Recovery Concepts, Inc.
Assignee of Judgment

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINGVISION PAY-PER-VIEW, LTD.<br><br>Plaintiff<br><br>vs<br><br>GABREIL YANEZ and GLORIA YANEZ, individually and dba ALMA'S LUNCHEON, jointly and severally<br><br>Defendants | CASE No. CV-00-11829 RMT (SHx)<br><br>**RENEWAL OF DEFAULT JUDGMENT** BY CLERK |

Based upon the Application for Renewal of Judgment of the renewed original judgment, and pursuant to F.R.C.P. 69 (a) and C.C.P. 683.110 through 683.320 and good cause appearing, therefore:

The default judgment entered on May 24, 2001 on behalf of Plaintiff, **KINGVISION PAY-PER-VIEW,** which was then assigned by Plaintiff to Assignee of Judgment, **CREATIVE RECOVERY CONCEPTS, INC.** and renewed on February 9, 2011 in favor of Assignee of Judgment, **CREATIVE RECOVERY CONCEPTS, INC.** and against defendants,

PAGE                                                    RENEWAL OF JUDGMENT
                                                        CASE NO. CV-00-11829 RMT (SHX)

**GABREIL YANEZ and GLORIA YANEZ, individually and dba ALMA'S LUNCHEON, jointly and severally,** is hereby renewed in the following amounts:

### Renewal of money judgment

| | | |
|---|---|---:|
| a. | Total Judgment as last renewed | $8,500.00 |
| b. | Costs after Judgment | 0.00 |
| c. | Attorney Fees | 0.00 |
| d. | Subtotal (add a and b) | 8,500.00 |
| e. | Credits after judgment | 0.00 |
| f. | Subtotal (subtract e from d) | 8,500.00 |
| g. | Interest after judgment | 1,912.49 |
| h. | Fee for filing renewal | 0.00 |
| i. | **TOTAL RENEWED JUDGMENT** | **10,412.49** |

DATED: August 27, 2020          Clerk by *Sharon Hall Brown*
                                                          Deputy Clerk

KIRY K. GRAY, Executive Clerk
CLERK, U.S. DISTRICT COURT